DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC ANDERSON,

Appellant,

v.

SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT,

Appellee.

No. 2D2025-3160

_____

May 27, 2026

Appeal from the Circuit Court for Sarasota County; Danielle Brewer, Judge.

Eric Anderson, pro se.

David A. Wallace of Bentley Goodrich Kison, P.A., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.